Hector MARTINEZ–CENDEJAS, Petitioner,

v.

Alberto R. GONZALES, Attorney General, Respondent.

No. 05-74101.

United States Court of Appeals, Ninth Circuit.

**21**

Submitted Feb. 21, 2006.*

Filed Feb. 24, 2006.

Hector Martinez-Cendejas, Stanton, CA, Pro Se Petitioner.

CAC-District Counsel, Esq., Office of the District Counsel Department of Homeland Security, Los Angeles, CA, Ronald E. Lefevre, Chief Counsel, Office of the District Counsel Department of Homeland Security, John C. Cunningham, Esq., San Francisco, CA, Elizabeth J. Stevens, Esq., U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: SCHROEDER, Chief Judge, GOODWIN and RAWLINSON, Circuit Judges.

MEMORANDUM **

Respondent's motion for summary disposition is granted because the questions raised by this petition for review are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard). Accordingly, this petition for review is denied. *See Ekimian v. INS,* 303 F.3d 1153 (9th Cir.2002).

All other pending motions are denied as moot. The temporary stay of removal confirmed by Ninth Circuit General Order

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

6.4(c) shall continue in effect until issuance of the mandate.

**PETITION FOR REVIEW DENIED.**